DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OSCAR GEOVANNI ESTRADA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-1170

[August 13, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 2022CF007022AMB.

Daniel Eisinger, Public Defender, and Ian Seldin, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Paul Patti, III, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Bartels v. State*, 410 So. 3d 21, 22 (Fla. 4th DCA 2025) ("We need not address the 'wrong version of the statute' argument because the victim's testimony and other evidence was sufficient to convict Appellant under the 'sexual battery' definitions in both the 2014 and 2022 versions of section 794.011, Florida Statutes. Thus, no fundamental error occurred because the convictions could have been obtained without the assistance of the alleged error.").

MAY, FORST and KLINGENSMITH, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***